IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANGEL LUIS SANTIAGO,

      Appellant,

                    Case No. 5D23-86
  v.                 LT Case No. 16-2021-DR-000123-DVCX-MA

CRISTINA ORTIZ PRADA,

      Appellee.

_____/

Decision filed January 24, 2023

Appeal from the Circuit Court
for Duval County,
Steven Fahlgren, Judge.

Angel Luis Santiago, Jacksonville,
pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


MAKAR, EDWARDS and JAY, JJ., concur.